UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAWN GROSSMAN, #621120,

       Plaintiff,                                    Hon. Philip J. Green

v.                                                      Case No. 1:23-cv-500

MICHAEL SCHUTT, et al.,

       Defendants.

_____/

## JUDGMENT

Consistent with the Opinion filed this day, Defendant's Motion for Summary Judgment (ECF No. 56) is **GRANTED** and this action terminated.

Date: December 3, 2025                                /s/ Phillip J. Green
                                                               PHILLIP J. GREEN
                                                               United States Magistrate Judge